UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 23-60173-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAROLYN DENISE WADE,

    Defendant.
_____/

## ORDER DECLARING MISTRIAL

**THIS CAUSE** came before this Court for a jury trial between May 13, 2024, and May 21, 2024. In light of the Jury failing to reach a unanimous verdict, and with the Parties' consent, it is

**ORDERED AND ADJUDGED** that this Court declares a **MISTRIAL** pursuant to Federal Rule of Criminal Procedure 26.3, and the Government may retry Defendant pursuant to Federal Rule of Criminal Procedure 31(b)(3).

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 21st day of May, 2024.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record