UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-60173-CR-WILLIAMS/GRAHAM

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

TRACY and CAROLYN WADE,
    Defendants.
_____/

## ORDER GRANTING
## MOTION TO CONTINUE SENTENCING

**THIS CAUSE** is before the Defendant's Motion to Continue January 23, 2025 Sentencing. The Court has considered the motion and is fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Sentencing Hearing is reset for **February 27, 2025 at 2:00 PM**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of January 2025.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of Record