UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-60173-CR-WILLIAMS/GRAHAM

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CAROLYN DENISE WADE and
TRACY WADE,
    Defendants.
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** came before the Court *sua-sponte* to continue the sentencing hearing scheduled for February 27, 2025 at 2:00 PM., and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Sentencing Hearing is continue. The Sentencing Hearing is reset for **Wednesday, March 12, 2025 at 1:00 PM**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of February 2025.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of Record